Willie ALLEN, Plaintiff–Appellant,

v.

Richard L. STALDER; O. Kent Andrews; Carleen Vidrine; Chaplain Bostick, Defendants–Appellees.

No. 06–30142
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 3, 2006.

Willie Allen, Kinder, LA, pro se.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Willie Allen, Louisiana prisoner # 73041, appeals from the dismissal of his 42 U.S.C. § 1983 action as frivolous and for failure to state a claim. Allen sought compensatory and punitive damages in the district court for his alleged exclusion from the call-out list for Muslim services.

A prisoner may not maintain a First Amendment action for compensatory damages absent any physical injury, pursuant to 42 U.S.C. § 1997e(e)'s physical injury requirement. *Geiger v. Jowers*, 404 F.3d 371, 374–75 (5th Cir.2005). Nor has Allen shown the "evil intent" or "callous indifference" required to obtain punitive damages.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See Williams v. Kaufman County,* 352 F.3d 994, 1015 (5th Cir.2003).

AFFIRMED.